# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Bradley Wayne Cain, )
)
    Plaintiff, )
)
vs. ) Case No. 4:17-cv-2195 UNA
)
)
Nancy A. Berryhill, *Acting Commissioner of* )
 *Social Security,* )
    Defendant. )

## **ORDER**

The above styled and numbered case was filed on August 1, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Noelle C. Collins, United States Magistrate Judge, under cause number 2:17cv00051.

**IT IS FURTHER ORDERED** that cause number 4:17cv2195 UNA be administratively closed.

                                                                             GREGORY J. LINHARES
                                                                             CLERK OF COURT

Dated: August 3, 2017                                     By: /s/ Michele Crayton
                                                                           Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:17cv00051 NCC.**